IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to Plaintiff(s)
James Vaughan_____

Civil Case #1:16-cv-1011

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   James Vaughan_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California_____

6. Plaintiff's/Deceased Party's current state of residence:

   California_____

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Eastern District of California_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

2

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    07/02/2012_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Kaiser Foundations Hospital; Roseville, California_____

13. Implanting Physician(s):

    Kevin Whang_____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

    ☒ Count V:    Breach of Express Warranty

    ☒ Count VI:   Breach of Implied Warranty

    ☒ Count VII:  Violations of Applicable <u>California</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX:   Wrongful Death

☐   Count X:      Survival

☒   Count XI:     Punitive Damages

☐   Other:     _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other:     _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

   Matthew Haynie_____

16. Address and bar information for Attorney for Plaintiff(s):

   Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219_____

   Texas Bar Number: 24087692_____

   
   
   Respectfully submitted,

   **BARON & BUDD, P.C.**

   */s/ Matthew Haynie*
   Matthew Haynie
   **BARON & BUDD, P.C.**
   3102 Oak Lawn Avenue, Suite 1100
   Dallas, TX 75219
   Telephone: (214) 521-3605
   Facsimile: (214) 520-1181
   mhaynie@baronbudd.com

   *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    */s/ Matthew Haynie*